CV 13 - 6833

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AUDREY POULARD,   TOWNES, J.                      Docket No.:

        Plaintiff,

   -against-     SCANLON, M.J.   **RULE 7.1 DISCLOSURE STATEMENT**

AMERICAN AIRLINES, INC.,

        Defendant.
-------------------------------------------------------------------X

    I, David S. Rutherford, attorney for defendant, AMERICAN AIRLINES, INC., having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure identifying any corporate parents, subsidiaries or affiliates of defendant.

| | |
|---|---|
| AMR CORPORATION | AMR TRAINING & CONSULTING GRP |
| AMERICAN AIRLINES FOUNDATION | EAGLE AVIATION LEASING, INC. |
| AURORA INVESTMENTS, INC. | FLAGSHIP AIRLINES, INC. |
| AMR LEASING CORPORATION | EXECUTIVE AIRLINES, INC. |
| AMR POLSKIE USLUGI LOTNISKOWE | MIAMI INTL APT CARGO FACILITY |
| AMR RUNWAY TECHNOLOGIES, INC. | AMR SERVICES SECURITY SERVICE |
| WINGS WEST AIRLINES, INC. | AMR RUNWAY TECHNOLOGIES, INC. |
| SIMMONS AIRLINES, INC. | AMRS FRANCE HOLDING COMPANY |
| AMR SERVICES CORPORATION | SABRE EUROPA, INC. |
| SOCIETE DE FRET ET DE SVCS | SABRE GROUP, INC. |
| AMR SERVICES & LOGISTICS CO. | ENCOMPASS HOLDING, INC. |
| AURORA AIRLINE INVESTMENTS | AMRIS TRAINING SIMULATIONS |
| EAGLE AVIATION LEASING, INC. | AVION ASSURANCE LTD. |
| EAGLE AVIATION SERVICES, INC. | AMR VENTURES, III, INC. |
| CARIBBEAN DATA SERVICES, LTD. | ARM SERVICES DEUTSCHLAND GmbH |
| AMRIS INTERNATIONAL, INC. | INTERNATIONAL GROUND SERVICES |
| TELESERVICE RESOURCES, INC. | AMR SERVICES (UK) LIMITED |
| INVENTORY SUPPORT, INC. | C.R. SMITH MUSEUM FOUNDATION |
| AMR LEASING CORP. | TWO FLAGS LIMITED |
| AMR VENTURES III, INC. | CARGO SERVICES, INC. |

DFW TERMINAL CORP.
AMR SLOT HOLDING, INC.
SST HOLDING, INC.
SST FINANCE, INC.

Dated: New York, New York
       December 5, 2013

                              Respectfully submitted,

                          **RUTHERFORD & CHRISTIE, LLP**

                          By: _____
                              David S. Rutherford
                              Attorneys for Defendant
                              AMERICAN AIRLINES, INC.
                              369 Lexington Avenue, 8th Floor
                              New York, New York 10017
                              (212) 599-5799
                              Our File No.: 3748.402


TO:    David Horowitz, P.C.
        Attorneys for Plaintiff
        276 Fifth Avenue
        New York, New York 10001
        (212) 684-3630

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies of RULE 7.1 DISCLOSURE STATEMENT was served via regular mail to David Horowitz, P.C., Attorneys for Plaintiff, 276 Fifth Avenue, New York, New York 10001, on the 5th day of December, 2013.

**RUTHERFORD & CHRISTIE, LLP**

By: _____
David S. Rutherford (DR 8564)