UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AUDREY POULARD,

           Plaintiff,

   -against-

AMERICAN AIRLINES, INC.,

           Defendant.
------------------------------------------------------------X

13 CV 6833 (SLT) (VMS)

**JURY DEMAND**

    Plaintiff, AUDREY POULARD by and through her attorneys DAVID HOROWITZ, P.C. hereby demands a trial by jury as to all issues raised in the complaint which are triable before a jury.

Dated: New York, New York
       December 11, 2013

                                                                    Yours etc.,

                                                                    DAVID HOROWITZ, P.C.

                                                                    By:  Christopher S. Joslin (3246)
                                                                    276 Fifth Avenue, Suite 306
                                                                    New York, New York 10001
                                                                    (212) 684-3630

To:   RUTHERFORD & CHRISTIE, LLP
       Attorneys for Defendant
       AMERICAN AIRLINES, INC.
       369 Lexington Avenue, 8th Floor
       New York, New York 10017
       (212) 599-5799