UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
Audrey Poulard, et al
        Plaintiff,

-against-                   13-CV-6833(SLT)

American Airlines, Inc.
        Defendant.
------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

\* 1. The Arbitration hearing will be held on __April 10, 2014__

2. The following Arbitrator has been selected from the Court's Panel of Arbitrators

Name of Arbitrator: Joseph J. Ortego, Esq.
Firm: Nixon Peabody
Address: 50 Jericho Quadrangle, Suite 300, Jericho, NY 11753
Fax: 866.947.2079
Email: Jortego@nixonpeabody.com

3. The hearing will take place at: 225 Cadman Plaza East, Brooklyn, NY 11201

Dated: 3/7/14

_____         _____
ATTORNEY FOR THE PLAINTIFF    ATTORNEY FOR THE DEFENDANT

\* The parties are respectfully requesting an adjournment due to schedule conflicts.