# AHMUTY, DEMERS & MCMANUS

**ATTORNEYS AT LAW**
199 WATER STREET
16TH FLOOR
NEW YORK, NEW YORK  10038

(212) 513-7788
FACSIMILE (212) 513-7843

200 I.U. WILLETS ROAD
ALBERTSON, NEW YORK 11057
(516) 294-5433

1531 ROUTE 82
HOPEWELL JUNCTION, NY 12588
(845) 223-3470

55 CHURCH STREET
SUITE 205
WHITE PLAINS, NEW YORK 10601
(914) 584-9934

640 JOHNSON AVENUE
SUITE 103
BOHEMIA NEW YORK 11716
(631) 244-0219

65 MADISON AVENUE
MORRISTOWN, NEW JERSEY 07960
(973) 984-7300

June 2, 2014

<u>VIA ECF</u>
United States Magistrate Judge Vera Scanlon
United States District Court, Eastern District of New York
225 Cadman Plaza East – Court Room N505-North Wing
Brooklyn, New York  11201

      Re:   <u>Audrey Poulard v. American Airlines, Inc.</u>
            Docket No.  :  13-CV-6833 (SLT) (VMS)

Dear Magistrate Judge Scanlon:

     Please be advised that our office has been substituted as counsel for American Airlines, Inc. in the above matter. The Notice of Substitution was filed on May 28, 2014.

     Please accept this letter as a request for an adjournment of the arbitration scheduled for Monday, June 9, 2014 at 9:30 a.m. before Joseph Ortego, Esq. at Nixon Peabody LLP's office located at 437 Madison Avenue, 24th Floor, New York, NY 10022. We understand that this arbitration has been adjourned on one prior occasion. However, we recently received the file from prior counsel for American Airlines and have learned that while authorizations for medical records have been processed, the records have not been received. This request is made with the consent of Plaintiff's counsel as well as Mr. Ortego.

     The parties request that the arbitration be rescheduled for July 21, 2014 at 9:30 a.m. and have confirmed that this date and time is acceptable with Mr. Ortego.

     We appreciate your time in considering this request.

Respectfully Submitted,

*[signature]*

ROBERT J. FERRERI, ESQ. (RJF-4527)
Ahmuty, Demers & McManus, Esqs.
Attorneys for Defendant
**AMERICAN AIRLINES, INC.**
199 Water Street – 16th Floor
New York, New York 10038
(646) 536-5743
Our File No.:  GBME 0591N14 BJD

cc: VIA E-MAIL: chrisjoslin7@msn.com
   David Horowitz, P.C.
   Attorneys for Plaintiff
   AUDREY POULARD
   276 Fifth Avenue
   New York, New York 10001
   Attn: Christopher Joslin, Esq.