# AHMUTY, DEMERS & MCMANUS

## ATTORNEYS AT LAW
### 199 WATER STREET
### 16TH FLOOR
### NEW YORK, NEW YORK 10038

200 I.U. WILLETS ROAD
ALBERTSON, NEW YORK 11057
(516) 294-5433

1531 ROUTE 82
HOPEWELL JUNCTION, NY 12588
(845) 223-3470

55 CHURCH STREET
SUITE 205
WHITE PLAINS, NEW YORK 10601
(914) 584-0634

(212) 513-7788

FACSIMILE (212) 513-7843

640 JOHNSON AVENUE
SUITE 103
BOHEMIA NEW YORK 11716
(631) 244-0219

65 MADISON AVENUE
MORRISTOWN, NEW JERSEY 07960
(973) 984-7300

July 22, 2014

<u>VIA ECF</u>
United States Magistrate Judge Vera Scanlon
United States District Court, Eastern District of New York
225 Cadman Plaza East – Court Room N505-North Wing
Brooklyn, New York  11201

    Re:    <u>Audrey Poulard v. American Airlines, Inc.</u>
           Docket No.   :   13-CV-6833 (SLT) (VMS)

Dear Magistrate Judge Scanlon:

    Please accept this letter as a joint status report pursuant to the Court's Order of June 6, 2014.

    On July 21, 2014, the parties appeared for arbitration before Joseph Ortego, Esq. Plaintiff Audrey Poulard appeared and provided testimony with respect to the happening of the accident as well as her injuries and medical treatment. Mr. Ortego advised that he intends to issue a short form decision within 30 days. Plaintiff's counsel has indicated that he will submit additional medical records from Methodist Hospital to Mr. Ortego in the near future. Mr. Ortego has agreed to await receipt of the records prior to issuing his decision.

    Initial paper discovery has been exchanged. Defense counsel has processed all authorizations and awaits receipt of the corresponding medical records. In the interim, Plaintiff's counsel has agreed to provide copies of the records from Methodist Hospital upon receipt. Once these records are received, the parties will schedule and conduct party depositions.

    We thank you for your time and attention to this matter.

Respectfully Submitted,

_____
ROBERT J. FERRERI, ESQ. (RJF-4527)
Ahmuty, Demers & McManus, Esqs.
Attorneys for Defendant
**AMERICAN AIRLINES, INC.**
199 Water Street – 16th Floor
New York, New York 10038
(646) 536-5743
Our File No.: GBME 0591N14 BJD

_____
CHRISTOPHER JOSLIN, ESQ.
David Horowitz, P.C.
Attorneys for Plaintiff
**AUDREY POULARD**
276 Fifth Avenue, Suite 405
New York, New York 10001
(212) 684-3630