UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AUDREY POULARD,

                Plaintiff,

-against-

AMERICAN AIRLINES, INC.,

                Defendant.

Index No.: 13 CV 6833

**REQUEST FOR TRIAL DE NOVO**

    I, CHRISTOPHER JOSLIN, an associate of the law firm of David Horowitz, P.C., counsel for plaintiff AUDREY POULARD hereby demand a trial _de novo_ in the above captioned matter wherein an arbitration award was filed with the clerk on August 15, 2014 and entered on August 19, 2014.

    I have deposited with the Clerk of the Court an amount equal to the arbitration fees of the arbitrators as provided in Section (b) of the Local Arbitration Rule. I understand that this sum so deposited will be returned in the event my client obtains a final judgment, exclusive of interest and costs, more favorable than the arbitration award. If my client does not obtain a more favorable result after trial, the sum so deposited shall be paid by the clerk to the treasury of the United States.

Dated:    New York, New York
            September 11, 2014

                                Yours etc.,

                                DAVID HOROWITZ, P.C.

                                CHRISTOPHER JOSLIN (3246)
                                Attorneys for Plaintiff
                                AUDREY POULARD
                                276 Fifth Avenue, Suite 306
                                New York, New York 10001
                                (212) 684-3630
                                Our File No. 3690

TO:   RUTHERFORD & CHRISTIE, LLP
      Attn: L. Diana Mulderig
      Attorneys for Defendant
      AMERICAN AIRLINES, INC.
      369 Lexington Avenue, 81h Floor
      New York, New York 10017
      (212) 599-5799
      File No.: 3748.402

      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
      Arbitration Clerk
      225 Cadman Plaza East
      Brooklyn, NY 11201

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      )SS:
COUNTY OF NEW YORK    )

I, Sherley Febus-Galdamez, being duly sworn, deposes and says; I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

That on the 11 day of September, 2014 I served the within

### REQUEST FOR TRIAL DE NOVO

by depositing a true copy of same securely enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

TO:   RUTHERFORD & CHRISTIE, LLP
      Attn: L. Diana Mulderig
      Attorneys for Defendant
      AMERICAN AIRLINES, INC.
      369 Lexington Avenue, 81h Floor
      New York, New York 10017
      (212) 599-5799

      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
      Arbitration Clerk
      225 Cadman Plaza East
      Brooklyn, NY 11201

_____
SHERLEY FEBUS-GALDAMEZ

Sworn to before me this
11 day of September, 2014

_____
NOTARY PUBLIC

CHRISTOPHER JOSLIN
Notary Public, State of New York
No. 02JO5030941
Qualified in Nassau County
Commission Expires September 21, 2018

*Poulard v. American Airlines, Inc.*
*Request for Trial De Novo*
3 | P a g e

Index No. 13 CV 6833
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AUDREY POULARD,

                        Plaintiff,

-against-

AMERICAN AIRLINES, INC.,

                        Defendant.

## REQUEST FOR TRIAL DE NOVO

### DAVID HOROWITZ, P.C.
*Attorneys for PLAINTIFF*
276 Fifth Avenue
New York, New York 10001
(212) 684-3630

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: September 11, 2014

Signature: _____

Print Signer's Name: CHRISTOPHER JOSLIN

Service of a copy of the within is hereby admitted.

Dated,

..........................................................
Attorney(s) for

TO:    Rutherford & Christie, LLP
        Attorneys for Defendant(s)
        AMERICAN AIRLINES
        369 Lexington Avenue, 8th Floor
        New York, NY 10017
        (212) 599-5799

        United States District Court
        Eastern District of New York
        Arbitration Clerk
        225 Cadman Plaza East
        Brooklyn, NY 11201