# AHMUTY, DEMERS & McMANUS

ATTORNEYS AT LAW

199 WATER STREET
16TH FLOOR
NEW YORK, NEW YORK 10038

(212) 513-7788
FACSIMILE (212) 513-7843

200 I.U. WILLETS ROAD
ALBERTSON, NEW YORK 11057
(516) 294-5433

1531 ROUTE 82
HOPEWELL JUNCTION, NY 12588
(845) 223-3470

55 CHURCH STREET
SUITE 205
WHITE PLAINS, NEW YORK 10601
(914) 584-9934

640 JOHNSON AVENUE
SUITE 103
BOHEMIA NEW YORK 11716
(631) 244-0219

65 MADISON AVENUE
MORRISTOWN, NEW JERSEY 07960
(973) 984-7300

December 1, 2014

VIA ECF
United States Magistrate Judge Vera Scanlon
United States District Court, Eastern District of New York
225 Cadman Plaza East – Court Room N505-North Wing
Brooklyn, New York  11201

       Re:    Audrey Poulard v. American Airlines, Inc.
             Docket No.   :   13-CV-6833 (SLT) (VMS)

Dear Magistrate Judge Scanlon:

    Our office represents the Defendant American Airlines, Inc. in the above referenced matter.

    Pursuant to the Court's Order dated November 25, 2014, a Settlement Conference has been scheduled for December 15, 2014 at 3:00 p.m. The Order states that the parties must appear in person with counsel.

    Please be advised that Defendant American Airlines, Inc. is being defended and indemnified by Compass Group USA, Inc. Compass Group's General Liability Claims Manager, James Wilson, and Liability Claims Manager Steve Beitzel, both work out of Compass Group's headquarters located at 2400 Yorkmont Road, Charlotte, North Carolina 28217. As such, we respectfully request that Mr. Wilson or Mr. Beitzel's appearance be excused and that Mr. Wilson or Mr. Beitzel be permitted to attend the conference by telephone.

    Thank you for your time and attention to this matter.

Respectfully submitted,

      /s
_____
BRIAN J. DONNELLY, ESQ. (BJD-4759)
Ahmuty, Demers & McManus, Esqs.
Attorneys for Defendant
**AMERICAN AIRLINES, INC.**
199 Water Street, 16th Floor
New York, New York 10038
(212) 513-7788
Our File No.: GBME 0591N12 BJD

       Re:    <u>Patricia Gibbons v. Compass Group USA, Inc.</u>
              Docket No.   :   1:12-CV-06384–DLI-VMS       Page 2

cc:    VIA ECF AND E-MAIL:<u>chrisjoslin7@msn.com</u>
       David Horowitz, P.C.
       276 Fifth Avenue, Suite 306
       New York, New York 10001
       Attn: Christopher Joslin, Esq.