UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AUDREY POULARD,

                                    Plaintiff(s),

-against-

AMERICAN AIRLINES, INC.,

                                    Defendant(s).
-----------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

13 CV 6833(SLT) (VMS)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
         December 16, 2014

_____
CHRISTOPHER JOSLIN, ESQ.
David Horowitz, P.C.
Attorneys for Plaintiff
**AUDREY POULARD**
276 Fifth Avenue, Suite 405
New York, New York 10001
(212) 684-3630

_____
ROBERT J. FERRERI, ESQ. (4527)
Ahmuty, Demers & McManus, Esqs.
Attorneys for Defendant
**AMERICAN AIRLINES, INC.**
199 Water Street, 16th Floor
New York, New York 10038
(212) 513-7788
Our File No.: GBME 0591N14 BJD

The clerk of court is respectfully directed to close the case. SO ORDERED

1/22/15
date

/s/ Sandra L. Townes

USDJ